# EXHIBIT A

Unlock Capital website

# Create your profile (https://unlock.capital/)

# Application Agreement

## Application Agreement

This application submitted electronically shall have the same force and effect as if the application bore an inked original signature(s). The above information, together with any accompanying financial statements, schedules, or other materials, is submitted for the purpose of obtaining credit and is warranted to be true, correct, and complete. The undersigned hereby warrants that any individual identified above who is either a principal, a personal guarantor, or a sole proprietor of the credit applicant, recognizing that his/her individual credit history may be a factor in the evaluation of the credit history of the applicant, has provided his/her written authorization for inquiry into their credit worthiness, including but not limited to obtaining a consumer credit report, and shall hold American Business Services and its assignees harmless from same.

American Business Services is hereby authorized to investigate (directly or through an agent or nominee) your/their credit and financial responsibility. You understand that such investigation may include seeking information as to the background, credit, and financial responsibility of your officers and principals (or any of them).

In accordance with the USA Patriot Act, Federal law requires all financial institutions to obtain, verify, and record information that identifies each individual or entity opening an account. This includes all personal and commercial accounts including loan and deposit accounts, as well as trust, brokerage, insurance and investment management accounts. When you apply for credit, you will be asked for your name, address, social security or tax identification number, date of birth (if applicable) and other information that will allow American Business Services to identify you. You may also be asked to

furnish your driver's license or other identifying documents. The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status or age (provided the applicant has the capacity to enter into the binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. If for any reason your application for business credit is denied, you have the right to a written statement of the specific reasons for the denial. To obtain the statement, please write to: American Business Services, 500 Technology Dr., Irvine, CA 92618.

By clicking "Submit" and including your cellular telephone number in this application, you hereby agree that you may receive occasional SMS text messages from us regarding the status of your account, eligibility for renewal or promotions offered by us and our affiliates. At any time, you may Opt Out of future SMS text messages by the following: 1. Reply "Stop" (messaging rates may apply); Email info@absloans.com and specify that you would like to opt out; Call toll-free 1-833-600-0031.

By clicking "Submit" and including your email address in this application you hereby agree that you may receive occasional electronic mail messages ("email") from us regarding the status of your account, eligibility for renewal or promotions offered by us and our affiliates. At any time you may Opt Out of future email by the following: 1. Click the "Unsubscribe" link at the bottom or our electronic mail message; Reply to the email with "Unsubscribe" in the subject line; Email info@absloans.com and specify that you would like to opt out; Call toll-free 1-833-600-0031. You may also mail your request to opt-out of both SMS messages and emails to: American Business Services, 500 Technology Dr, Irvine, CA 92618.