AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida   ▾

| | |
|---|---|
| Elvis Paisley | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Bankroll Capital Inc., American Business Services Inc., and Narin Charanvattanakit a/k/a Narin Charan | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No. 0:23-cv-61913-WPD

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Narin Charanvattanakit
121 Turquoise
Irvine, CA 92620

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John Kauffman
LawHQ, PC
299 S. Main St. #1300
Salt Lake City, UT 84111
385-285-1090

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date:  Nov 28, 2023

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Lisa I. Streets*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 0:23-CV-61913-WPD

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* NARIN CHARANVATTANAKIT was received by me on *(date)* December 8 2023.

**X** I personally served the summons on the individual at *(place)* 121 TURQUOISE, IRVINE, CA 92620 on *(date)* December 12 2023 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $98.15.

I declare under penalty of perjury that this information is true.

Date: 12/18/2023

_____
*Server's signature*

Michael Danley Orange Co. PSC1782 Reg Orange Co. 1782
_____
*Printed name and title*

333 City Blvd 17th Flr, Orange, Ca 92868
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: December 12 2023 , 3:20 pm PST at HOME: 121 TURQUOISE, IRVINE, CA 92620 received by NARIN CHARANVATTANAKIT.